UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CEFERINO CHIJAL LUCAS,<br><br>Petitioner,<br><br>v.<br><br>DAVID WESLING, Field Office Director, MICHAEL KROL, HSI New England Special Agent in Charge, DAVID VENTURELLA, Acting Director U.S. Immigrations and Customs Enforcement, and MARKWAYNE MULLIN, U.S. Secretary of Homeland Security,<br><br>Respondents. | CIVIL ACTION<br>NO. 26-13540-WGY |

YOUNG, D.J. November 2, 2026

**ORDER**

The Court has reviewed Petitioner Ceferino Chijal Lucas's ("Petitioner") Petition for Writ of Habeas Corpus ("Petition"), ECF No. 1, the Respondents' Opposition to Petition ("Opposition"), ECF No. 7, and Petitioner's Reply and Request for a Bond Hearing ("Reply"), ECF No. 9.

Petitioner is subject to a reinstated removal order and his detention is lawful under 8 U.S.C. 1231. Petitioner is entitled to a reasonable fear determination which is subject to review by an immigration judge. See 8 C.F.R. § 1208.31. At this time, however, Petitioner has neither pled nor developed any grounds for

habeas relief, aside from -- as this Court well knows -- the ever present question of the reasonable foreseeability of him actually being deported to Guatemala. Accordingly, save for these issues, the petition, ECF No. 1, is **DENIED**, and upon the government's representation that the reasonable fear interview process has been completed and that this Court will not lose jurisdiction, the stay order preventing his transfer within the United States out of this district is lifted.

Petitioner shall not be removed from the United Staes until the government provides this Court with a copy of the memorandum of the government of Guatemala accepting this deportee by name.

**SO ORDERED.**

William G. Young

WILLIAM G. YOUNG
JUDGE
of the
UNITED STATES[1]

[1] This is how my predecessor, Peleg Sprague (D. Mass 1841-1865), would sign official documents. Now that I'm a Senior District Judge I adopt this format in honor of all the judicial colleagues, state and federal, with whom I have had the privilege to serve over the past 48 years.